## UNITED STATES DISTRICT COURT
for the
District of Arizona

27 JAN '17 PH 4:44
☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

MAY 2 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16-04347PO-001-PCT-DMF |
| Scott Carter Warren | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Scott Carter Warren ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☑ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of Unsupervised Probation Conditions.

Date: 01/27/2017

_____
*Issuing officer's signature*

City and state: Flagstaff, Arizona

Brian D. Karth/ Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/27/2017 , and the person was arrested on *(date)* 05/09/2017
at *(city and state)* Blaine, WA .

Date: 05/09/2017

_____
*Arresting officer's signature*

John Westland OUSM
*Printed name and title*